Date: 08/30/10        150878        Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 109 Dated 08/30/10
Case Number 09-16050 - POLK, ANNIE M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374<br>   2951 | 000001 | 65.74    CK# 109 | 3.44 |
| ---------- Remittance Total ---------- | | 65.74 | 3.44 |

_____
DAVIS, STEVEN S., Trustee

FILED 2010 SEP -1 PM 3:27 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND