CK # 115     RECP #151641

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Charles F. Kunc,<br>Tamara S. Kunc,<br><br>Debtor(s). | Case No. 09-20888<br><br>Judge Arthur I. Harris<br><br>Chapter 7 Case |

## TRANSMITTAL OF UNCLAIMED FUNDS

The attached check no. 115 in the amount of $45.71 represents unclaimed funds in this estate and are paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the party entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| North Ohio Heart Center, Inc.<br>P.O. Box 834<br>Lorain, OH 44052-0834 | 8 | $543.45 | $45.71 |

Dated: December 27, 2010

Lauren A. Helbling (0038934), Trustee
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com

FILED 2011 JAN -6 PM 2:03 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND